**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION AT COVINGTON**

**FERDY ABIGAIL YANES-DEPAZ,**

**Petitioner,**

**v.**

**U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,**

**Respondents.**

**CASE NO. 2:26-CV-384-KKC**

**OPINION AND ORDER**

This matter is before the Court on Petitioner Ferdy Abigail Yanes-DePaz's Petition for Writ of Habeas Corpus (R. 1) under 28 U.S.C. § 2241.

Petitioner has been in the custody of the U.S. Immigration and Customs Enforcement and detained at the Campbell County Detention Center, 601 Central Avenue, Newport, Kentucky 41071. On October 1, 2026, an Immigration Judge determined Yanes-DePaz is removeable and granted pre-conclusion voluntary departure under Immigration and Nationality Act § 240B(a). (R. 5). Additionally, Yanes-DePaz waived the right to appeal. Thus, the removal order is now final.

Petitioner can no longer receive the bond hearing sought in the petition. Accordingly, it is **ORDERED** that the Petition for Writ of Habeas Corpus (R. 1) is **DENIED AS MOOT**.

October 20, 2026.

**Signed By:**
***Karen K. Caldwell*** KKC
**United States District Judge**